;'/d

CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Kenneth OCHOA**<br>DOB: 1988; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>24-01643MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about March 11, 2024, in the District of Arizona, **Kenneth OCHOA** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is, six (6) Century Arms VSKA 7.62X39 rifles, and one (1) Romarm Cugir-WASR-10-7.62x39 rifle, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On March 11, 2024, **Kenneth OCHOA** attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Kenneth OCHOA**, the driver and sole occupant of a 2012 Fiat 500, bearing Arizona license plate 0BA0PM, registered to a female who was a passenger in the vehicle. The Customs and Border Protection (CBPO) primary officer asked **OCHOA** if he had any currency over $10,000, weapons, or ammunition to declare to which he denied having any of these items. The CBPO referred **OCHOA** to secondary inspection. During the inspection, CBPOs X-rayed the vehicle and observed anomalies near the rear bumper. Due to the alert, CBPOs conducted a thorough search of the vehicle and discovered the following: six (6) Century Arms VSKA 7.62X39 rifles, and one (1) Romarm Cugir-WASR-10-7.62x39 rifle.

In a post-*Miranda* interview, **OCHOA** stated he was instructed earlier that day by an unidentified individual to obtain the rifles from a shrubbed area near the Frontage Road in Rio Rico, AZ. After obtaining the rifles, **OCHOA** concealed them in the rear bumper of his vehicle and drove around sporadically to identify any potential surveillance. He then proceeded to pick up the passenger at her home in Rio Rico, and through the guise of taking her out to dinner that evening, convinced her to travel with him to Mexico. **OCHOA** stated he wanted her present during the crossing to potentially remove any suspicion of wrongdoing.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Raquel Arellano*  RAQUEL ARELLANO  *Digitally signed by RAQUEL ARELLANO Date: 2024.03.12 14:08:44 -07'00'* | SIGNATURE OF COMPLAINANT<br>CLAY A SCOTT *Digitally signed by CLAY A SCOTT Date: 2024.03.12 14:27:47 -07'00'*<br><br>OFFICIAL TITLE<br>HSI Special Agent Clay Scott |
|---|---|
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>March 12, 2024 |

[1]    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

**OCHOA** stated he felt obligated to complete the firearms delivery because he was in fear of his and his family's life; however, **OCHOA** also went on to say that he declined several previous requests of the same nature without facing any reprisal. **OCHOA** could not explain, however, why there was no danger the previous times that he declined to smuggle weapons, but there was danger on March 11, 2024. He also admitted to facilitating the smuggling of one "AK-47" style weapon on a previous undisclosed date, but added he was not the one who crossed the border with the rifle.

Lastly, **OCHOA** admitted he was not licensed to ship/transport firearms across the U.S border or sell firearms to any party. **OCHOA** added that he knew taking firearms into Mexico from the United States was illegal.

The firearms found in the vehicle **OCHOA** was driving qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **OCHOA** does not possess a license to export weapons into Mexico.



**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

