| | |
|---|---|
| GARY M. RESTAINO<br>United States Attorney<br>District of Arizona<br>MONICA E. RYAN<br>Assistant U.S. Attorney<br>United States Courthouse<br>405 W. Congress Street, Suite 4800<br>Tucson, Arizona 85701<br>Telephone: 520-620-7300<br>Email: monica.ryan@usdoj.gov<br>Attorneys for Plaintiff | FILED<br>2024 APR 10  PM 4:46<br>CLERK US DISTRICT COURT<br>DISTRICT OF ARIZONA<br><br>CR24-01831 TUC-JGZ(MSA) |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Kenneth Daniel Ochoa,<br><br>   Defendant. | **I N D I C T M E N T**<br><br>Violations:<br>18 U.S.C. § 554(a)<br>(Attempted Smuggling of Goods from the United States)<br>Count 1<br><br>18 U.S.C. §§ 933(a)(2) and (b)<br>(Felony Receipt of a Firearm)<br>Count 2<br><br>18 U.S.C. § 924(d); 28 U.S.C. § 2461(c);<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about March 11, 2024, in the District of Arizona, the defendant, KENNETH DANIEL OCHOA, did fraudulently, knowingly and intentionally attempt to export and send from the United States, any merchandise, article, or object contrary to any law or regulations of the United States, and received, concealed, bought and in any manner facilitated the transportation, and concealment of such merchandise, article or object, that is: six (6) Century Arms VSKA 7.6x39mm rifles and one (1) Romarm/Cugir-WASR-10 7.62x39mm rifle knowing the same to be intended for exportation, contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, Title 15, Code of Federal Regulations, Parts 736.2. 738, and 774.

All in violation of Title 18, United States Code, Sections 554(a) and 2.



## COUNT 2

On or about March 11, 2024, in the District of Arizona, the defendant, KENNETH DANIEL OCHOA, did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: six (6) Century Arms VSKA 7.62x39mm rifles and one (1) Romarm/Cugir-WASR-10 7.62x39mm rifle, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: Title 18, United States Code, Section 554(a), Smuggling Goods from the United States.

All in violation of Title 18, United States Code, Sections 933(a)(2) and (b).

## FORFEITURE ALLEGATION

Upon conviction of Counts 1 through 2 of the Indictment, the defendant, Kenneth Ochoa, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited:

1) a 7.62x39mm Century Arms Rifle, bearing serial number SV7142310;
2) a 7.62x39mm Century Arms Rifle, bearing serial number SV7091903;

3) a 7.62x39mm Century Arms Rifle, bearing serial number SV7146978;

4) a 7.62x39mm Century Arms Rifle, bearing serial number SV7145136;

5) a 7.62x39mm Century Arms Rifle, bearing serial number BFT47009301;

6) a 7.62x39mm Century Arms Rifle, bearing serial number SV7099636;

7) a Romarm/Cugir-WASR-10 7.62x39mm Rifle, bearing serial number A1-98933

with miscellaneous parts and equipment.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: April 10, 2024

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

MONICA E. RYAN
Assistant U.S. Attorney